FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

97 JUL 24  AM 9: 54

U.S. DISTRICT COURT
N.D. OF ALABAMA

ANTHONY ASH, EDDIE BULLOCK,     )
ROBIN DAVENPORT, JOHN HITHON, )
TRAVIS TANNER AND               )
VIVIAN THORNTON,                )
                                )
        Plaintiff,              )
                                )
vs                              )      CIVIL ACTION NO. 96-RRA-3257-M
                                )
                                )
TYSON FOODS, INC., a corporation;   )
and THOMAS HATLEY, an individual,   )
                                )
        Defendants.             )

**ENTERED**

JUL 24 1997

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court.  In accord with the recommendation, the defendants' motions to dismiss are due to be granted.  An appropriate order will be entered.

DONE, this **23ʳᵈ** day of July, 1997.

U. W. CLEMON,
UNITED STATES DISTRICT JUDGE