IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JOHN HITHON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 96-RRA-3257-M |
| TYSON FOODS, INC., | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

Pursuant to the jury's verdict, and the court's rulings on the post-verdict motions, the plaintiff, John Hithon, is entitled to receive the following damages from the defendant, Tyson Foods, Inc.: $35,000.00 for back pay, $29,049.33 for back pay interest through September 30, 2008, and $300,000.00 for mental anguish, for a total award of $364,049.33. A final judgment in accordance with this memorandum of opinion will be entered.

DONE this 30th day of September, 2008.

Robert R. Armstrong, Jr.
United States Magistrate Judge